# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>BRAD KENNETH SPAFFORD<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  2:24-mj-211<br>)<br>)<br>)<br>) |

**FILED**
DEC 1 0 2024
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 19, 2024__ in the county of __Isle of Wight__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 26 U.S.C. § 5861(d) | Possession of a Firearm in Violation of the National Firearms Act |

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
/s/ E. Rebecca Gantt

_____
*Complainant's signature*

Rachelann Cardwell, TFO, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __12/10/2024__

_____
*Judge's signature*

City and state: __Norfolk, Virginia__

Hon. U.S. Magistrate Judge Robert J. Krask
*Printed name and title*