# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | **Case No. 2:24mj211** |
| ) | |
| **BRAD KENNETH SPAFFORD,** ) | |
| ) | |
| Defendant. ) | |

To: The Honorable Fernando Galindo
   Clerk, United States District Court,
   and
   All parties of record.

## NOTICE OF APPEARANCE OF COUNSEL

NOW COMES the undersigned counsel, Jeffrey A. Swartz, and the law firm of Swartz, Taliaferro, Swartz & Goodove, and respectfully requests this Honorable Court enter his appearance as counsel to defendant, Brad Kenneth Spafford, in connection with the above-styled matter.

The undersigned counsel certifies that he is admitted to practice in this Court.

Respectfully submitted,

By: /s/

Jeffrey A. Swartz, Esquire
Virginia State Bar ID No. 28143
Attorney for Defendant, Brad Kenneth Spafford
Swartz, Taliaferro, Swartz & Goodove
220 West Freemason Street
Norfolk, Virginia 23510
(757) 275-5000 Telephone
(757) 626-1003 Facsimile
Email: JSwartz@stsg-law.com

<u>CERTIFICATE OF SERVICE</u>

I certify that on the 18th day of December, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to:

Emily Rebecca Gantt, Esquire
Office of the United States Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Office Number:  757-441-6331
Facsimile Number:  757-441-6689
rebecca.gantt@usdoj.gov

                                              /s/
                                       Jeffrey A. Swartz, Esquire
                                       Virginia State Bar ID No. 28143
                                       For Defendant, Brad Kenneth Spafford
                                       Swartz, Taliaferro, Swartz & Goodove
                                       220 West Freemason Street
                                       Norfolk, Virginia 23510
                                       (757) 275-5000 Telephone
                                       (757) 626-1003 Facsimile
                                       Email: JSwartz@stsg-law.com