AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Case No. 2:24mj211 |
| Brad Kenneth Spafford | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Brad Kenneth Spafford

Date: 12/19/2024

/s/
*Attorney's signature*

Lawrence H. Woodward, Jr. VSB#21756
*Printed name and bar number*
Rulorr, Swain, Haddad, Morecock,
Talbert & Woodward, P.C.
317 30th Street
Virginia Beach, VA  23451

*Address*

lwoodward@srgslaw.com
*E-mail address*

(757) 671-6047
*Telephone number*

(757) 671-6004
*FAX number*