AO 442 (Rev. 11/11) Arrest Warrant

ORIGINAL

SEALED

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

United States of America
v.
BRAD KENNETH SPAFFORD

Defendant

Case No. 2:24-mj-211
FID: 11745923
FBI

RECEIVED 2024 DEC 10 P 2:15 EASTERN DISTRICT OF VIRGINIA NORFOLK DIVISION / UNITED STATES MARSHAL

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) **BRAD KENNETH SPAFFORD**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Possession of a Firearm in Violation of the National Firearms Act, 26 U.S.C. § 5861(d)

Date: 12/10/2024

_Issuing officer's signature_

City and state: Norfolk, Virginia

Hon. U.S. Magistrate Judge Robert J. Krask
_Printed name and title_

### Return

This warrant was received on (date) 12/10/24, and the person was arrested on (date) 12/17/24
at (city and state) Smithfield, VA.

Date: 12/18/24

_Arresting officer's signature_

Andrew Recker DUSM/TFO
_Printed name and title_