UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**UNITED STATES OF AMERICA,**

v.  Criminal Case No. 2:24mj211

**BRAD KENNETH SPAFFORD,**

   **Defendant.**

## ORDER OF DETENTION

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f) a detention hearing was held on December 23, 2024, for this defendant. The defendant appeared with counsel and freely and voluntarily waived his right to an immediate detention hearing.[1] The court advised the defendant of his right to a detention hearing within the procedural requirements of 18 U.S.C. § 3142, and the effect of his waiver. After inquiry the court determined that his waiver was knowing and voluntary. Therefore, the defendant is ORDERED detained pending trial.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

---

[1] Defendant requested that the court schedule a detention hearing on December 30, 2024 at 11:00 a.m., the same date and time as his preliminary hearing is scheduled, and the court granted his request.

The Clerk shall mail or deliver a copy of this order to (i) the United States Attorney, (ii) the United States Marshal, (iii) the United States Probation Office, and (iv) counsel of record for Defendant.

/s/
Douglas E. Miller
United States Magistrate Judge

DOUGLAS E. MILLER
UNITED STATES MAGISTRATE JUDGE

Norfolk, Virginia

December 23, 2024