

## Liquid Inventory

- Sulfuric acid 98% — drain cleaner
- Nitrocellulose lacquer
- Glycerin
- Hydrogen Peroxide 27%
- Acetone
- Alcohol
- Nitric Acid 67%
- Nitromethane 100%
- Methanol 100%

## Powder Inventory

- Potassium Chlorate
- Potassium Nitrate ($KNO_3$) stump remover
- Potassium Perchlorate ($KClO_4$)
- Barium Nitrate
- Sulfur — smoke away
- Sodium bicarbonate (baking soda)
- Strontium carbonate & nitrate
- Charcoal
- Bismuth trioxide
- Aluminum powder - black & bright
- Magnalium 200 mesh
- Aluminum chips 40-60 mesh
- Magnesium chips 30-50 mesh & Flake 325 mesh
- Antimony Trisulfide 200 mesh
- Copper oxide - black
- PVC powder
- Dextrin
- Ammonium Nitrate (instant ice packs)
- Diatomaceous earth
- Sodium Hydroxide - Lye/caustic soda
- Hexamine
- Ammonium perchlorate
- Parlon
- Red Gum
- Zinc dust
- Iron oxide powder
- Citric Acid
- Erythritol

— Soap making — Agua Silk

2

## Primary Detonator

**HMTD** 5,000 m/s
(will detonate all HE compounds)
.5g = #8 cap
very sensitive to friction/shock/flame
⁂ Sublimates quickly; store under alcohol
⁂ must load into plastic container, will corrode/eat metal

- synthesize in glass container
- 14g Hexamine dissolve into
- 45g 30% Hydrogen Peroxide
- Place in an ice bath
- 21g citric acid mixed in slowly overnite — greater yield
- Stir occasionally for several hours

Pro tip:
Stir for 1 hour, leave in ice

- Add/dillute with distilled water
- Filter off crystalized product
- Rinse with vinegar (removes acids)
- Rinse with alcohol & dry

Press into detonator cap (allow to dry 2 days)
Store under alcohol in cold refrigeration

Det cap assembly (#8 equivalant)



fuse or flash .5g HMTD    plastic
ematch  powder            hotglue  straw
        hotglue  cotton   cotton   (wrap with
                 plug     plug     aluminum
                                   foil to
                                   reinforce)

## Pyro Powders

**Good** flash
- 50% Potassium Nitrate
- 30% Sulfur
- 20% Aluminum powder - black

**Best** flash
- 70% Potassium perchlorate
- 30% Aluminum powder - black / or magnesium

## Thermite
- 75% Iron oxide powder
- 25% Aluminum powder

## Black powder
- 75% Potassium nitrate
- 15% Charcoal
- 10% Sulfur

## Tannerite
- 95% Ammonium Nitrate (instant ice packs)
- 05% Aluminum Powder - black

- Sensitize with flash powder & it will go off with a lower velocity round such as .22LR

3

Reloading Data (Rifle)

__.223/5.56__  55g LOC - FMJ ($0.25)
Accurate 2460 - 20g  ~ 2,800 fps
CFE 223 -

__.270 Win__  110g Hornady FTX ($0.62)
IMR 4064 -46g  (1MOA)
H380  - 47-50g

135g Sierra BTHP ($0.65)
H380 - 46-47g

__.308 / 7.62__  168g Hornady BTHP ($0.50)
IMR 4064 -42g ~ (4lg 1MOA)

165g Hornady Speer ($0.45)
Accurate 2460

150g Hornady Speer ($0.45)

---

Homemade C-4

*Plasticized ANNM version (1 pound)
 250ml Flour mix with
 30ml Dark aluminum powder then mix
 45ml Dry Ammonium Nitrate powder
 Add 125ml Nitromethane 40% minimum
 Knead thoroughly into a dough
 Pack into PVC pipe 1½" x 6"
 Cap ends to seal from moisture
 * very stable / insensitive

Basic ANNM /ANFO
 430 grams powder Ammonium Nitrate
 80 milliters Nitromethane
* by weight 5AN : 2NM
4  Add 5% Dark Aluminum powder to sensitize
   and increase power

Bullseye Powder ANNM
 250ml powder Ammonium Nitrate
 mix 5ml Dark aluminum powder
 Set aside Sealed
 50ml Nitromethane + 1 TBSP Bullseye powder
 mix thoroughly 30 mins
*Knead mixtures together & mold into
 containers
 - VERY POWERFUL

Cowboy Rifle

.45/70    325g  Hornady FTX ($1.00)
H4198 - 48g  ~2,000 fps
(2.040 short case)

305g Lehigh Controlled Fracture
H4198 - 46g - 50g     ($1.44)

305g Xtreme Penetrator    ($1.44)
H4198 - 47g - 50g
Accurate 5744  46g

.44/40   200g Magnum RNFP (cast lead)
Black Powder FF - 35g    ($0.31)

※ Compress powder 1/16" and crimp case
 - very important to ensure BP is compressed
   with no airspace in case!

5

Gunpowder Inventory

CFE 223
IMR 4064
Benchmark
BLC-2
H380
LVRevolution
Accurate 2460
IMR 4350
H4198
FFg Black powder
Accurat 5744

Primers

209 shotshell
Winchester LRM
Winchester SR
Federal LR

Weapon Inventory / Serial

- PSA - AR15 - .223/5.56  (PA-15 MULTI)
  Havoc 9" 37nm
  #SCB002112

- PSA - AR308 - .308/7.62  (G3-10 MULTI)
  Osprey 16x Scope
  with Machine SME
  #G308754

- Uberti Mod 66 - .44/40  (CAT 1563)
  #76533

- Winchester 62A - .22 LR
  pump action
  #381142

- Western Field - 20 gauge  (M550CD)
  pump action
  #G775414

- Beretta 92FS - 9mm luger
  #BER038708Z

- Ruger SR22P - .22 LR
  #365-97727

6

37 mm loading

Shell maximum diameter : 1.375"

Plastic shell — 25g FFg black powder
(50 yard range)
Aluminum shell — 40g FFg black powder
(100 yard range)

| Type | Color |
|---|---|
| Hand Grenade — 20g KClO4 | Green |
| Stinger Grenade — 10g KClO4 | Tan |
| Concussion Grenade — 10g KClO4 | Gray |
| Aerial Flare — Green Stars | Orange |
| Air burst Firework — Various | White |
| Smoke | — |

209 shotshell primers
- Press fit into plastic shells
- Loctite into aluminum shells

Aluminum powder bushings hold 40g FFg BP creates a smaller area for powder burn resulting in a more powerful ignition and longer distance launch.

7

37mm load data

### Heat Grenade

consists of a 3" long PVC (sch. 20)

- Paper tube .750" I.D. /.830" O.D. × 2¼" long
- .177 steel BB's — Qty 250
- 3mm cannon fuse 1½" long
- ¾" paper discs
- 1⅜" paper discs or fender washers
- Hi strength hot melt glue

Assemble 20g KClO4 Explosive inside PVC
Surround 250 BB's within PVC

※ Sand inside of PVC before hot melt glue ※

### Stinger Grenade

3" long PVC

- Paper tube .625" I.D. /.685" O.D. × 2" long
- 250 plastic airsoft BB's — Qty 80-ish
- 3mm cannon fuse 1½" long
- ⅝" paper discs
- 1⅜" paper discs
- Hi strength hot melt glue

Assemble 10g KClO4 Explosive inside PVC
Surround plastic BB's within PVC

8

---

37mm load data

### Concussion Grenade

(Same construction as Stinger grenade)

Assemble 10g KClO4 Explosive inside PVC
※ Empty PVC

### Aerial Flare

Assemble into a 2" long plastic shell

- 1 — 30g FFg black powder over primer
- 2 — 1 thin layer toilet paper
- 3 — 1⅜" paper disc with fire holes drilled
- 4 — 6-8 colored firework stars
- 5 — toilet paper wadding
- 6 — 1⅜" paper disc - hot melt glue to seal

### Green Stars
- 50 Barium Nitrate
- 32 Magnesium powder
- 18 PVC powder
- 5 Dextrin

### Bleiser Purple Stars
- 68 Potassium Perchlorate
- 6 copper oxide
- 9 Strontium carbonate
- 11 PVC
- 5 Dextrin

Firework stars

## PETN

Prepare Ice bath

33 ml Nitric acid (67%) + 19ml sulfuric acid (94-99%)

Mix until temperature stabilizes <10°C

Slowly stir in Pentaerythritol 10g (98% AR grade powder)

Keep temp below 15°C - If it fumes red dump it out

Let sit for 10 mins <15°C

Prepare warm water bath 50°C

Raise temp of mixture in bath to 50°C

Let sit for 20 mins at 50°C

Crash mixture into Cold distilled water

– Rinse / Dry / Recrystalize same as ETN

– If it starts to yellow, end process & Filter

# ETN

Very high power primary/secondary HE
- VOD 8,000 m/s when melt cast 1.7 g/cm³

| ETN method 1 | method 2 |
|---|---|
| 12 ml Nitric acid (67%) | 12 g Ammonium Nitrate foil |
| 18 ml Sulfuric acid (98%) | 30 ml Sulfuric acid |
| 3 g powder Erythritol | 3 g powder Erythritol |

Prepare large ice bath
Mix chilled Nitric acid (67%) 12 ml
+ chilled Sulfuric acid (98%) 18 ml
Mix until temp stabilized < 5°C
Slowly stir in Erythritol 3 g – below < 5°C (fine powder)
Remove from ice bath, maintain 10°C – 30 mins.
Crash mixture into cold water slowly
Filter ETN crystals
Rinse with sodium bicarbonate water
Rinse with distilled water

* DRY RAW ETN *
Dissolve crystals into small amount of Acetone
Crash into turbulent cold water – Stirring fast
to create smaller crystals
Filter Recrystalized ETN

* DRY pure ETN *

## Melt Casting
This creates a dense block of solid ETN that can be melt or poured into a mold
- Double boil a glass container of water 160°F
  Submerge/Float mold with powder ETN
- Use a water tight container that can withstand water temperature
- Allow to cool slowly

---

ETN thermal detonator     BP rolled with fuse

BP fuse 5g ETN powder rolled with 3 layers of aluminum foil

* ETN will not detonate with direct contact
to flame / fuse

= 10g Booster

.5g HMTD
.5g powder ETN
10g melt cast ETN

electric match
paper disc
plastic container
seal
seal