

GOVERNMENT EXHIBIT 6
2·24 mj 211

