



Box containing ammo cans with destructive devices (closed)



Destructive Devices





Destructive devices and initiators

Destructive Devices





Precursors, electronic firing system and improvised claymore



Destructive devices and initiators



Destructive devices and initiators




Riot Gear, ammunition