

## Liquid Inventory

Sulfuric acid 98% — drain cleaner
Nitrocellulose lacquer
Glycerin — Soap making
Hydrogen Peroxide 27% — Aqua Silk
Acetone
Alcohol
Nitric Acid 67%
Nitromethane 100%
Methanol 100%

## Powder Inventory

Potassium Chlorate
Potassium Nitrate (KNO3) — stump remover
Potassium Perchlorate (KClO4)
Barium Nitrate
Sulfur — smoke away
Sodium bicarbonate (baking soda)
Strontium carbonate & nitrate
Charcoal
Bismuth trioxide
Aluminum powder - black & bright
Magnalium 200 mesh
Aluminum chips 40-60 mesh
Magnesium chips 30-50 mesh & Flake 325 mesh
Antimony Trisulfide 200 mesh
Copper oxide - black
PVC powder
Dextrin
Ammonium Nitrate (instant ice packs)
Diatomaceous earth
Sodium Hydroxide — Lye/caustic soda
Hexamine
Ammonium perchlorate
Parlon
Red Gum
Zinc dust
Iron oxide powder
Citric Acid  Erythritol

2

Primary Detonator

HMTD    5,000 m/s
(will detonate all HE compounds)
.5g = #8 cap
very sensitive to friction/shock/flame
* Sublimates quickly; store under alcohol
* must load into plastic container, will corrode/[eat metal]

synthesize in glass container
14g Hexamine dissolve into
45g 30% Hydrogen Peroxide
Place in an ice bath
21g citric acid mixed in slowly overnite - greater yield
Stir occasionally for several hours
 - Add/dilute with distilled water
 - Filter off crystalized product
 - Rinse with vinegar (removes acids)
 - Rinse with alcohol & dry

Pro tip:
Stir for 1 hour
leave in ice

Press into detonator cap (allow to dry 2 days)
store under alcohol in cold refrigeration

Det cap assembly (#8 equivalent)



fuse or ematch | flash powder | .5g HMTD up to 2g hotglue | cotton plug

plastic straw
(wrap with aluminum foil to reinforce)

---

Pyro Powders

Good Flash
 50% Potassium Nitrate
 30% Sulfur
 20% Aluminum powder - black

Best Flash
 70% Potassium perchlorate
 30% Aluminum powder - black / or magnesium

Thermite
 75% Iron oxide powder
 25% Aluminum powder

Black powder
 75% Potassium nitrate
 15% Charcoal
 10% Sulfur

Tannerite
 95% Ammonium Nitrate (instant ice packs)
 05% Aluminum Powder - black
 - Sensitize with flash powder & it will go off with a lower velocity round such as .22LR

3

## Reloading Data (Rifle)

**.223/5.56**  55g LOC-FMJ ($0.25)
Accurate 2460 - 20g - 2,800 fps
CFE 223 -

**.270 Win**  110g Hornady FTX ($0.62)
IMR 4064 - 46g - (1MOA)
H380 - 47-50g

135g Sierra BTHP ($0.65)
H380 - 46-47g

**.308/7.62**  168g Hornady BTHP ($0.50)
IMR 4064 - 42g - (4lg 1MOA)

165g Hornady Speer ($0.45)
Accurate 2460

150g Hornady Speer ($0.45)

---

## Homemade C-4

**★ Plasticized ANNM version (1 pound)**
250ml Flour mix with
30ml Dark aluminum powder then mix
45ml Dry Ammonium Nitrate powder
Add 125ml Nitromethane 40% minimum
Knead thoroughly into a dough
Pack into PVC pipe 1½" x 6"
Cap ends to seal from moisture
★ very stable/insensitive

**Basic ANNM/ANFO**
430 grams powder Ammonium Nitrate
80 milliliters Nitromethane

★ by weight 5AN : 2NM

4  Add 5% Dark Aluminum powder to sensitize
   and increase power

**Bullseye Powder ANNM**
250ml powder Ammonium Nitrate
mix 5ml Dark aluminum powder
Set aside sealed
50ml Nitromethane + 1 TBSP Bullseye powder
mix thoroughly 30 mins
★ Knead mixtures together & mold into
containers
- VERY POWERFUL

.45/70   Cowboy Rifle

325g  Hornady FTX ($1.00)
H4198 - 48g - 2,000 fps
(2.040 short case)

305g Lehigh Controlled Fracture ($1.44)
H4198 - 46g - 50g

305g Xtreme Penetrator ($1.44)
H4198 - 47g - 50g
Accurate 5744  46g

.44/40   200g Magnum RNFP (cast-own) ($0.31)
Black Powder FF - 35g

※ Compress powder 1/16" and crimp case
 - very important to ensure BP is compressed
   with no airspace in case!

5

Gunpowder Inventory

CFE 223
IMR 4064
Benchmark
BLC-2
H380
LVRevolution
Accurate 2460
IMR 4350
H4198
FFg Black powder
Accurate 5744

Primers

209 shotshell
Winchester LRM
Winchester SR
Federal LR

Weapon Inventory / Serial

- PSA - AR15 - .223/5.56   (PA-15 MULTI)
  Havoc 9" 37un
  #SCB002112

- PSA - AR308 - .308/7.62   (G3-10 MULTI)
  Osprey 16x scope
  with machine SME
  #G308754

- Uberti Mod 66 - .44/40   (CAT 1563)
  #76533

- Winchester 62A - .22 LR
  pump action
  #381142

- Western Field - 20 gauge   (M550CD)
  pump action
  #G775414

- Beretta 92FS - 9mm luger
  #BER038708Z

- Ruger SR22P - .22 LR
  #365-97727

6

37mm loading

Shell maximum diameter : 1.375"

Plastic shell - 25g FFg black powder
(50 yrd range)
Aluminum shell - 40g FFg black powder
(100 yrd range)

| Type | Color |
|---|---|
| Hand Grenade - 20g KClO4 | Green |
| Stinger Grenade - 10g KClO4 | Tan |
| Concussion Grenade - 10g KClO4 | Gray |
| Aerial Flare - Green Stars | Orange |
| Air burst Firework - Various | White |
| Smoke | - |

209 shotshell primers
- Press fit into plastic shells
- Loctite into aluminum shells

Aluminum powder bushings hold 40g FFg BP creates a smaller area for powder burn resulting in a more powerful ignition and longer distance launch.

7

37mm load data

### Concussion Grenade
(Same construction as Stinger grenade)

[diagram of concussion grenade cross-section]
[diagram showing KClO4 inside tube]

Assemble 10g KClO4 Explosive inside PVC
* Empty PVC

### Aerial Flare
Assemble into a 2" long plastic shell
1 — 30g FFg black powder over primer
2 — 1 thin layer toilet paper
3 — 1 3/8" paper disc with fire holes drilled
4 — 6–8 colored firework stars
5 — toilet paper wadding
6 — 1 3/8" paper disc – hot melt glue to seal

### Green Stars
50 Barium Nitrate
32 Magnesium powder
18 PVC powder
5 Dextrin

### Bleiser Purple Stars
68 Potassium Perchlorate
6 copper oxide
9 Strontium carbonate
11 PVC
5 Dextrin

---

37mm load data

### Flash Grenade
consists of a 3" long PVC (sch. 20)
Paper tube .750" I.D. / .830" O.D. × 2 1/4" long
.177 steel BB's — Qty. 250
3mm cannon fuse 1 1/2" long
3/4" paper discs
1 3/8" paper discs or fender washers
Hi strength hot melt glue

Assemble 20g KClO4 Explosive inside PVC
Surround 250 BB's within PVC

* Sand inside of PVC before hot melt glue *

### Stinger Grenade
3" long PVC
Paper tube .625" I.D. / .685" O.D. × 2" long
250 plastic airsoft BB's — Qty. 80-ish
3mm cannon fuse 1 1/2" long
5/8" paper discs
1 3/8" paper discs
Hi strength hot melt glue

Assemble 10g KClO4 Explosive inside PVC
Surround plastic BB's within PVC

8

Firework stars

9

## PETN

Prepare ice bath

33 ml Nitric acid (67%) + 19 ml sulfuric acid (94-99%)

Mix until temperature stabilizes <10°C

Slowly stir in Pentaerythritol 10g (98% AR grade powder)

Keep temp below 15°C - If it fumes red dump it out

Let sit for 10 mins <15°C

Prepare warm water bath 50°C

Raise temp of mixture in bath to 50°C

Let sit for 20 mins at 50°C

Crash mixture into Cold distilled water

- Rinse/Dry/Recrystalize same as ETN

- If it starts to yellow, end process & Filter

# ETN

Very high power primary/secondary HE
- VOD 8,000 m/s when melt cast 1.7g/cm³

Prepare large ice bath
Mix chilled Nitric acid (b72%) 12ml
+ chilled Sulfuric acid (98%) 18ml

Mix until temp stabilized <5°C
Slowly stir in Erythritol 3g - below <5°C (fine powder)
Remove from ice bath, maintain 10°C - 30 mins.
Crash mixture into cold water slowly

Filter ETN crystals
Rinse with sodium bicarbonate water
Rinse with distilled water

**✱ DRY RAW ETN ✱**

Dissolve crystals into small amount of Acetone
Crash into turbulent cold water - Stirring fast
to create smaller crystals
Filter Recrystalized ETN

**✱ DRY pure ETN**

## Melt Casting

This creates a dense block of solid ETN
that can be melt or poured into a mold
- Double boil a glass container of water 160°F
  Submerge/float mold with powder ETN
- Use a water tight container that can
  withstand water temperature
- Allow to cool slowly

---

### ETN method 1 | method 2

12ml Nitric acid (b72%) | 12g Ammonium Nitrate foil
18ml Sulfuric acid (98%) | 30ml Sulfuric acid
3g powder Erythritol | 3g powder Erythritol

### ETN thermal detonator

BP rolled with Fuse

BP fuse = 5g ETN powder rolled with 3 layers of aluminum foil

✱ ETN will not detonate with direct contact
to Flame/Fuse

= 10g Booster

- electric match
- .5g HMTD
- .5g powder ETN
- 10g melt cast ETN

paper disc
plastic container
seal

