

GOVERNMENT EXHIBIT 6
2:24 mj 211

