UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>BRAD KENNETH SPAFFORD )<br>)<br>**Defendant.** )<br>) | Case No. 2:24mj211 |

## ORDER

Defendant was charged by criminal complaint with Possession of a Firearm in Violation of the National Firearms Act, 26 U.S.C. § 5861(d). ECF No. 3. Following the Government's Motion for Detention, the Court held a detention hearing on December 30, 2024, pursuant to the Bail Reform Act, 18 U.S.C. § 3142. At that hearing, the Court determined that it could impose a combination of conditions which would reasonably assure the Defendant's appearance at trial and the safety of others and the community and ordered his release on those conditions. The Government immediately moved the Court for a stay to allow it to challenge the Order of Release.

Accordingly, this Court's Order of Release is hereby **STAYED** until close of business **Monday, December 30, 2024**, pending the Government's filing of a motion for revocation pursuant to 18 U.S.C. § 3145(a)(1). If the Government fails to file the motion for revocation, the Defendant shall be released pursuant to the terms of the Order of Release. If the government does file the motion for revocation by the aforementioned deadline, then the stay will remain in effect until the motion is acted upon by the District Judge.

The Clerk is **DIRECTED** to forward a copy of this Order to the United States Attorney, the United States Marshal, the United States Pretrial Services Office, and counsel of record for the Defendant.

It is so **ORDERED**.

/s/ Lawrence R. Leonard
United States Magistrate Judge

Norfolk, Virginia
December 30, 2024